UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON JOSEPH MARTIN                           CIVIL ACTION

VERSUS                                          NUMBER: 15-6204

LA. DEPT. OF PUBLIC SAFETY                      SECTION: "J"(5)
& CORRECTIONS – DIVISION OF
PAROLE & PROBATION, ET AL.

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the DPP and against Parole Officer Cassara in her official capacity are dismissed without prejudice for want of jurisdiction and that Plaintiff's claim against Parole Officer Cassara in her individual capacity is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 17th day of February, 2016.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE